1   Ann M. Cerney, SBN: 068748
    Attorney at Law
2   45 Hunter Square Plaza
    Stockton, California  95202
3   Telephone: (209) 948-9384
    Facsimile:  (209) 948-0706
4
    Attorney for Plaintiff
5

6   **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**
    —o0o—
7
    JUAN ANTONIO MORENO,                CASE NO. 2:11-CV-02454-CKD
8
                         Plaintiff,     **ORDER EXTENDING**
9                                       **PLAINTIFF'S TIME TO FILE A MOTION**
    vs.                                 **FOR SUMMARY JUDGMENT**
10
11  MICHAEL J. ASTRUE,
    Commissioner of Social Security,
12
                         Defendant.
13  _____/

14          Pursuant to the stipulation of the parties showing good cause for a requested first

15  extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby

16  APPROVED.

17          Plaintiff shall file his Motion for Summary Judgment on or before March 20, 2012.

18          SO ORDERED.

19

20   Dated: March 6, 2012

21                                      _____
                                        CAROLYN K. DELANEY
22                                      UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

                                        1
    STIPULATION AND [PROPOSED] ORDER  EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER