Ann M. Cerney, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California  95202
Telephone: (209) 948-9384
Facsimile:  (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**
—o0o—

| | |
|---|---|
| JUAN ANTONIO MORENO,<br><br>                     Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>                     Defendant.<br>_____/ | CASE NO. 2:11-CV-02454-CKD<br><br>**ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file his Motion for Summary Judgment on or before March 20, 2012.

SO ORDERED.

Dated: March 6, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE