1 | BENJAMIN B. WAGNER
United States Attorney
2 | DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
3 | Social Security Administration
ARMAND D. ROTH
4 | Special Assistant United States Attorney
California Bar No. 214624

   333 Market Street, Suite 1500
6  San Francisco, California 94105
   Telephone: (415) 977-8924
7  Facsimile: (415) 744-0134
   E-Mail:Armand.Roth@ssa.gov

9 Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| JUAN ANTONIO MORENO, | CIVIL NO. 11-cv-02454-CKD |
| Plaintiff, | |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSIVE BRIEF |
| Defendant. | |

1     IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have an extension of time, up to May 29, 2012, to file his responsive brief. This extension is requested because Defendant has a particularly heavy workload.

                Respectfully submitted on 4/26/12,

                /s/ Ann M. Cerney*
                ANN M. CERNEY
                Plaintiff's Attorney
                * by Armand Roth by telephone authorization of 4/20/11

                BENJAMIN B. WAGNER
                United States Attorney
                DONNA L. CALVERT
                Acting Regional Chief Counsel, Region IX,
                Social Security Administration

                /s/ Armand D. Roth
                ARMAND D. ROTH)
                Special Assistant U.S. Attorney

                Attorneys for Defendant

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

Dated: April 27, 2012

                _____
                CAROLYN K. DELANEY
                UNITED STATES MAGISTRATE JUDGE