BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration
ARMAND D. ROTH
Special Assistant United States Attorney
California Bar No. 214624

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8924
    Facsimile: (415) 744-0134
    E-Mail:Armand.Roth@ssa.gov

Attorneys for Defendant Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| JUAN ANTONIO MORENO,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 11-cv-02454-CKD<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSIVE BRIEF |

IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have an extension of time, up to May 29, 2012, to file his responsive brief. This extension is requested because Defendant has a particularly heavy workload.

Respectfully submitted on 4/26/12,

/s/ Ann M. Cerney*
ANN M. CERNEY
Plaintiff's Attorney
* by Armand Roth by telephone authorization of 4/20/11

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration

/s/ Armand D. Roth
ARMAND D. ROTH)
Special Assistant U.S. Attorney

Attorneys for Defendant

PURSUANT TO THE STIPULATION, IT IS SO ORDERED

Dated: April 27, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE