BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| JUAN ANTONIO MORENO ) | CIVIL NO. 2:11-CV-02454-CKD |
| ) | |
| Plaintiff, ) | STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSIVE BRIEF |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
| Defendant. ) | |

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a second 30-day extension of time up to and through June 29, 2012 in which to e-file his Cross Motion for Summary Judgment.  This extension is requested because this case was recently reassigned to new counsel who needs additional time to review the defensibility of this case and confer with Defendant.  Additionally, counsel will be out of the office on leave for three weeks.  Counsel apologizes for the delay and inconvenience and respectfully requests that the court grant this unopposed request for extension.

\\\\\
\\\\\

| | | |
|---|---|---|
| Dated: May 23, 2012 | | *Ann M. Cerney* |
| | | *(As authorized via telephone)* |
| | | ANN M. CERNEY |
| | | Attorney for Plaintiff |

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX

Dated: May 23, 2012          By:          */s/ Theophous H. Reagans*
                                          THEOPHOUS H. REAGANS
                                          Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 25, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE