1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX,
3  Social Security Administration
   THEOPHOUS H. REAGANS CSBN 189450
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone: (415) 977-8936
      Facsimile: (415) 744-0134
7
   Attorneys for Defendant
8
                        **UNITED STATES DISTRICT COURT**,

9                   **EASTERN DISTRICT OF CALIFORNIA**

10                      **SACRAMENTO DIVISION**

11
   JUAN ANTONIO MORENO,              CASE NO. 2:11-CV-02454-CKD
12
              Plaintiff,             **AMENDED STIPULATION AND**
13                                   **PROPOSED ORDER SETTLING**
   vs.                               **ATTORNEY'S FEES PURSUANT TO THE**
14                                   **EQUAL ACCESS TO JUSTICE ACT, 28**
   MICHAEL J. ASTRUE,                **U.S.C. § 2412(d)**
15 Commissioner of Social Security,

16            Defendant.
   _____
17

18       IT IS HEREBY STIPULATED by and between the parties through their undersigned

19 counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the

20 Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of SIX THOUSAND

21 NINE HUNDRED DOLLARS ($6,900.00).  This amount represents compensation for all legal

22 services rendered on behalf of Plaintiff by counsel in connection with this civil action, in

23 accordance with 28 U.S.C. § 2412(d).

24       After the Court issues an order for EAJA fees, expenses and costs to Plaintiff, the

25 government will consider the matter of Plaintiff's assignment of EAJA fees and expenses and

26 costs to Plaintiff's attorney.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), the ability to

27 honor the assignment will depend on whether the fees, expenses and costs are subject to any

28

1   offset allowed under the United States Department of the Treasury's Offset Program.  After the

2   order for EAJA fees, expenses and costs is entered, the government will determine whether they

3   are subject to any offset.

4          Fees, expenses and costs shall be made payable to Plaintiff, but if the Department of the

5   Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause

6   the payment of fees, expenses and costs to be made directly to Ann M. Cerney, pursuant to the

7   assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

8          This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA

9   attorney fees, expenses and costs, and does not constitute an admission of liability on the part of

10  Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release

11  from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to

12  EAJA attorney fees and expenses and costs in connection with this action.

13         This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security

14  Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

15

16                                          Respectfully submitted,

17

18  Dated: August 15, 2013               */s/ Ann M. Cerney*
                                          ANN M. CERNEY
19                                        Attorney for Plaintiff
                                          [as authorized by telephone]
20

21  Dated: August 15, 2013               BENJAMIN B. WAGNER
                                          United States Attorney
22                                        DONNA L. CALVERT
                                          Acting Regional Chief Counsel, Region IX
23                                        Social Security Administration

24
                                  By:     */s/ Theophous H. Reagans*
25                                        THEOPHOUS H. REAGANS
                                          Special Assistant U.S. Attorney
26
                                          Attorneys for Defendant
27

28

Stipulation and Proposed Order Settling Attorney's Fees Pursuant To The Equal Access To Justice
Act, 28 U.S.C. § 2412(d)

1

**ORDER**

2

APPROVED AND SO ORDERED:

3

4

5

Dated: August 20, 2013

6

7
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Proposed Order Settling Attorney's Fees Pursuant To The Equal Access To Justice Act, 28 U.S.C. § 2412(d)